UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 18-0590-KS                                              Date: May 1, 2018

Title   *Evangelina Ruiz v. Nancy A. Berryhill*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 21, 2018, Plaintiff, through counsel, filed a Complaint seeking review of her application for disability insurance benefits ("DIB") (Dkt. No. 1.)  On March 22, 2018, the Court issued an Order Re: Procedures in Social Security Appeal.  (Dkt. No. 7.)  Paragraph 1 of that Order states that "Plaintiff will promptly serve the summons and complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.  Plaintiff will file an appropriate proof of service within 30 days of the date of this Order." (*Id.* at 1.)  Accordingly, Plaintiff's Proof of Service was due on April 21, 2018.  However, over one week has passed since the deadline and Plaintiff has not filed the Proof of Service.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to prosecute and timely comply with the Court's Case Management Order.

**Nonetheless, in the interests of justice, Plaintiff is ORDERED TO SHOW CAUSE on or before May 11, 2018, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a Proof of Service along with a declaration signed under penalty of perjury that establishes good cause for her failure to comply with the Court's March 22, 2018 Order; or (2) a Proof of Service.  Alternatively, Plaintiff may dismiss the entire matter without prejudice by filing a Notice of Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.**

Case No.   EDCV 18-0590-KS                                              Date: May 1, 2018

Title      *Evangelina Ruiz v. Nancy A. Berryhill*

      **Plaintiff's failure to timely comply with this order will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |